Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
A. Cyclone Covey, Esq. (CA SBN 335957)
cyclone@kneuppercovey.com
KNEUPPER & COVEY, PC
17011 Beach Blvd., Ste. 900
Huntington Beach, CA 92647-5998
Tel: (512) 420-8407

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO MCKINNEY, CLINT SUNDEEN, and JOSEPH ALCANTARA, each individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORSAIR GAMING, INC.,<br><br>*Defendant*. | Case No. 4:22-cv-00312-JST<br><br>**NOTICE OF FILING OF AMENDED CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Hon. Jon. S. Tigar |

1  WHEREAS, Plaintiffs filed their Notice of Motion and Motion for Class Certification and Preliminary Approval of Class Action Settlement on July 12, 2024;

WHEREAS, Section 10.10 of the Class Action Settlement Agreement (Dkt. 153-1) provides that the Agreement "may be amended or modified only by a written instrument signed by or on behalf of all Parties or their respective successors-in-interest";

WHEREAS, pursuant to this section, all Parties signed and executed the following Amendment to Class Action Settlement Agreement as reflected in Exhibit 1 hereto, on July 23, 2024;

WHEREAS, Plaintiffs, by and through this Notice of Filing of Amended Class Action Settlement Agreement, hereby submit this Amendment to the Class Action Settlement Agreement.

Dated: July 24, 2024

Respectfully submitted

*/s/ Richard Lyon*

Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
A. Cyclone Covey, Esq. (CA SBN 335957)
cyclone@kneuppercovey.com
KNEUPPER & COVEY, PC
17011 Beach Blvd., Ste. 900
Huntington Beach, CA 92647-5998
Tel: (512) 420-8407

*Attorneys for Plaintiffs*