Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
A. Cyclone Covey, Esq. (CA SBN 335957)
cyclone@kneuppercovey.com
KNEUPPER & COVEY, PC
17011 Beach Blvd., Ste. 900
Huntington Beach, CA 92647-5998
Tel: (512) 420-8407

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO MCKINNEY, CLINT SUNDEEN, and JOSEPH ALCANTARA, each individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORSAIR GAMING, INC.,<br><br>*Defendant*. | Case No. 4:22-cv-00312-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Jon S. Tigar |

Pursuant to Civil Local Rule 6-2, Plaintiffs Antonio McKinney, Clint Sundeen, and Joseph Alcantara ("Plaintiffs") and Defendant Corsair Gaming, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby enter this stipulation to extend the deadline for Plaintiffs' forthcoming Renewed Motion for Preliminary Approval of Settlement Agreement.

WHEREAS, on March 25, 2025, the Court issued its Order Denying Motion for Preliminary Approval of Proposed Class Action Settlement and ordered Plaintiffs to file any renewed motion for preliminary approval by May 9, 2025 (Dkt. 162);

WHEREAS Plaintiff and Defendant are conferring on the renewed motion, and require a two-week extension of time to accommodate the schedules of counsel;

WHEREAS, the extension will not otherwise alter the date of any event or any deadline already fixed by the Court order;

IT IS THEREFORE STIPULATED AND AGREED TO BY THE PARTIES that Plaintiffs will file their Renewed Motion for Preliminary Approval of Class Action Settlement Agreement no later than May 23, 2025.

**IT IS SO STIPULATED.**

Dated: May 5, 2025                          Respectfully submitted
                                            */s/ Richard Lyon*

                                            Richard Lyon (Cal. Bar No. 229288)
                                            rick@dovel.com
                                            Simon Franzini (Cal. Bar No. 287631)
                                            simon@dovel.com
                                            Jonas Jacobson (Cal. Bar No. 269912)
                                            jonas@dovel.com
                                            DOVEL & LUNER, LLP
                                            201 Santa Monica Blvd., Suite 600
                                            Santa Monica, California 90401
                                            Telephone: (310) 656-7066
                                            Facsimile: (310) 656-7069

                                            Kevin Kneupper, Esq. (CA SBN 325413)
                                            kevin@kneuppercovey.com
                                            A. Cyclone Covey, Esq. (CA SBN 335957)

cyclone@kneuppercovey.com
KNEUPPER & COVEY, PC
17011 Beach Blvd., Ste. 900
Huntington Beach, CA 92647-5998
Tel: (512) 420-8407

*Counsel for Plaintiffs and the Proposed Class*

Dated: May 5, 2025            Respectfully submitted

By:  */s/ Terence N. Hawley*
           Terence N. Hawley
           Emily F. Lynch
           Mariah K. Fairley
           Quynh La

REED SMITH LLP

*Attorneys for Defendant Corsair Gaming, Inc.*

**<u>DECLARATION OF RICHARD LYON</u>**

I, Richard Lyon, declare:

1.      I am an attorney admitted to practice in California, and counsel for Plaintiffs in this matter.

2.      On March 25, 2025, the Court issued its Order Denying Motion for Preliminary Approval of Proposed Class Action Settlement and ordered Plaintiffs to file any renewed motion for preliminary approval by May 9, 2025 (Dkt. 144).

3.      The Parties are conferring on the renewed motion, and require a two-week extension of time to accommodate the schedules of counsel.

4.      The extension will not otherwise alter the date of any event or any deadline already fixed by the Court order.

I declare under penalty of perjury that the foregoing is true and correct.


*/s/ Richard Lyon*
Richard Lyon

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION OF COMPLIANCE**

Pursuant to Local Rule 5-1(h)(3), I hereby certify that the content of this document is acceptable to all other signatories listed and that I obtained authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

*/s/ Richard Lyon*
Richard Lyon

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Having considered the Stipulation for an order extending time for Plaintiffs to file their Renewed Motion for Preliminary Approval of Class Action Settlement, and good cause appearing,

IT IS HEREBY ORDERED that:

Plaintiffs shall file their renewed motion for preliminary approval on May 23, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____

HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE