Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
A. Cyclone Covey, Esq. (CA SBN 335957)
cyclone@kneuppercovey.com
KNEUPPER & COVEY, PC
17011 Beach Blvd., Ste. 900
Huntington Beach, CA 92647-5998
Tel: (512) 420-8407

*Attorneys for Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO MCKINNEY, CLINT SUNDEEN, and JOSEPH ALCANTARA, each individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORSAIR GAMING, INC.,<br><br>*Defendant*. | Case No. 4:22-cv-00312- JST<br><br>**~~[PROPOSED]~~ ORDER AUTHORIZING RELEASE OF ATTORNEYS' FEES AND VACATING CASE MANAGEMENT CONFERENCE** |

In light of Class Counsel's submission of a Post-Distribution Accounting in accordance with the Court's January 8, 2026 Order, the Court HEREBY ORDERS the release from the Settlement Fund of all remaining attorneys' fees awarded to Class Counsel.

In addition, because no outstanding settlement issues remain, the Court vacates the Case Management Conference currently set for October 30, 2026.

The Clerk shall close the file.

Dated: October 15, 2026

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE